# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS BLAISE,** | : | **CIVIL NO. 3:12-CV-2298** |
| **Plaintiff** | : | **(Judge Munley)** |
| v. | : | |
| **DAVID J. EBBERT, WARDEN,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 26th day of March 2015, upon consideration of defendants' motion (Doc. 54) to dismiss or, in the alternative, for summary judgment, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 54) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                                                **BY THE COURT:**

                                                **s/James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**